**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

VALERIY KOSTRABA,

          Petitioner,

v.

ERIC H. HOLDER, JR.,
Attorney General,

          Respondent.

Civil No. 11-1122 (MJD/JJG)

**ORDER ON REPORT AND RECOMMENDATION**

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. Petitioner's Application to Proceed In Forma Pauperis, (Docket No. 2), is GRANTED; and

2. This action is transferred to the Eighth Circuit Court of Appeals.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  June 9, 2011

s/Michael J. Davis
MICHAEL J. DAVIS
Chief United States District Judge